Irving Bilton, Appellee, v. Pure Protection Insurance Association, Appellant.

Gen. No. 42,575.

opinion filed June 16, 1943. Meyer A. Ginsburg, for appellant; Edwin A. Halligan and Irving Bilton, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''